**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 97-7818**

—————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DANNY RAY WELLINGTON, a/k/a D-Boy,

                              Defendant - Appellant.

—————————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  William L. Osteen, Sr.,
District Judge.  (CR-94-185, CA-97-305-1)

—————————

Submitted:  April 16, 1998          Decided:  April 30, 1998

—————————

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Danny Ray Wellington, Appellant Pro Se.  Benjamin H. White, Jr.,
Assistant United States Attorney, Greensboro, North Carolina, for
Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Wellington, Nos. CR-94-185; CA-97-305-1 (M.D.N.C. Nov. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2